**STATE of Missouri, Plaintiff–Respondent,**

v.

**Joseph DAVIS, Defendant–Appellant.**

**No. 54555.**

Missouri Court of Appeals, Eastern District, Division Five.

April 16, 1991.

Melinda K. Pendergraph, St. Louis, for defendant-appellant.

William L. Webster, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

Defendant, Joseph Davis, appeals from his conviction, after a jury trial, of possession of phencyclidine. Defendant was sentenced as a prior and persistent offender to imprisonment for five years.

No jurisprudential purpose would be served by a written opinion. Defendant's conviction is affirmed. Rule 30.25(b).